# UNITED STATES DISTRICT COURT

for the
Central District of California

SKINSOLUTIONS.MD, LLC, a California Limited Liability Company; TRUVENTURE, INC., a California Corporation; VISHAL VERMA, M.D., Inc., a California Corporation; and VISHAL VERMA, M.D., an Individual

*Plaintiff(s)*

v.

GLOBAL BOOST MD, LLC; PHARMAMEDRX, LLC; TELLADERMMD, LLC; GAIL GENTILE, an Individual; and ANDREW MCCULLOCH, an Individual, aka ANDREW MCCULOCH, and ALEXEI JOUKOV, an Individual

*Defendant(s)*

Civil Action No. 2:17-CV-1990

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Global Boost MD, LLC
4623 Sudley Road
Catharpin, VA 20143

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Gary J. Lorch
Gordon & Rees LLP
633 W. Fifth Street, 52nd Floor
Los Angeles, CA 90071

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

American LegalNet, Inc.
www.FormsWorkFlow.com

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________

was received by me on *(date)* ______________

☐ I personally served the summons on the individual at *(place)* ______________________________

______________________________ on *(date)* ______________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________________, a person of suitable age and discretion who resides there,

on *(date)* ______________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________________, who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________________ on *(date)* ______________; or

☐ I returned the summons unexecuted because ______________________________; or

☐ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

American LegalNet, Inc.
www.FormsWorkFlow.com