1  GARY J. LORCH (State Bar No. 119989)
   E-mail: glorch@gordonrees.com
2  ELIZABETH B. VANALEK (State Bar No. 206709 )
   E-mail: evanalek@gordonrees.com
3  GORDON & REES LLP
   633 West Fifth Street, 52nd Floor
4  Los Angeles, CA 90071
   Telephone: (213) 576-5000
5  Facsimile: (213) 680-4470

6  Attorneys for Plaintiffs
   SKINSOLUTIONS.MD, LLC, TRUVENTURE, INC.,
7  VISHAL VERMA, M.D., INC. and VISHAL VERMA, M.D.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| SKINSOLUTIONS.MD, LLC, a California Limited Liability Company; TRUVENTURE, INC, a California Corporation; VISHAL VERMA, M.D., INC., a California Corporation; and VISHAL VERMA, M.D., an Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>GLOBAL BOOST MD, LLC; PHARMAMEDRX, LLC; TELLADERMMD, LLC; GAIL GENTILE, an Individual; ANDREW MCCULLOCH, an Individual, also known as ANDREW MCCULOCH; and ALEXEI JOUKOV,<br><br>Defendants. | Case No. 2:17-cv-01990-JVS-KES<br><br>**ORDER DISMISSING ACTION** |

The Court, having read and considered the Stipulation of Plaintiffs Skinsolutions.MD, LLC, Truventure, Inc., Vishal Verma, M.D., Inc. and Vishal Verma, M.D., and Defendants Global Boost MD, LLC, PharmaMedRX, LLC, TellaDermMD, LLC, Gail Gentile, Andrew McCulloch, and Alexei Joukov for dismissal of the action, hereby ORDERS that the action be and hereby is dismissed with prejudice, as to all parties and all claims for relief, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), with each Party to bear his, her or its own attorneys' fees, costs and expenses incurred in said Action.

**IT IS SO ORDERED.**

Dated: November 7, 2017

_____
UNITED STATES DISTRICT JUDGE

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

1133897/35546264v.1