Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

**DENIED**

BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SKINSOLUTIONS.MD, LLC, a California Limited Liability Company; TRUVENTURE, INC, a California Corporation; VISHAL VERMA, M.D., INC., a California Corporation; and VISHAL VERMA, M.D., an Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>GLOBAL BOOST MD, LLC; PHARMAMEDRX, LLC; TELLADERMMD, LLC; GAIL GENTILE, an Individual; ANDREW MCCULLOCH, an Individual, also known as ANDREW MCCULOCH; and ALEXEI JOUKOV,<br><br>Defendants. | Case No. 17-cv-01990-JVS-KES<br><br>**[PROPOSED] JUDGMENT** |

-1-
**JUDGMENT**

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

Plaintiffs SKINSOLUTIONS.MD, LLC, TRUVENTURE, INC., VISHAL VERMA, M.D., INC. and VISHAL VERMA, M.D. (collectively referred to herein as "Plaintiffs") and Defendants GLOBAL BOOST MD, LLC, PHARMAMEDRX, LLC, TELLADERMMD, LLC, GAIL GENTILE, ANDREW MCCULLOCH, and ALEXEI JOUKOV (collectively referred to herein as "Defendants"), having stipulated to Judgment in favor of Plaintiffs and against Defendants, and each of them,

**IT IS NOW ORDERED, ADJUDGED AND DECREED** that:

1. Plaintiffs shall recover from Defendants, jointly and severally, the sum of One Million Seven Hundred Thousand Dollars ($1,700,000.00);

2. Defendants, and each of them, together with their agents, representatives, affiliates, and all persons or entities acting with them or at their direction or control, shall be permanently enjoined from:

   A. Representing Defendants to patients and other consumers as an "authorized" seller of LATISSE® products, during any period they are not;

   B. Claiming to have received an award from Allergan for "ethical practice" and "safely compliance" when they have not received any such award;

   C. Misrepresenting the generic version of LATISSE® to be Allergan-branded LATISSE®;

   D. Enrolling patients in Brilliant Distinctions® accounts, and then not passing on the program rewards to them, preventing them from obtaining additional discounts or other promotional materials from Allergan, preventing them from using their points with other doctors or re-sellers (including Plaintiffs), and preventing patients from using accrued points for other Allergan products that Global Boost did not sell; and

E.  Using the Brilliant Distinctions® program scheme to unfairly enrich themselves and artificially deflate prices for Allergan products, including but not limited to LATISSE®.

3. Plaintiffs are awarded reasonable attorneys' fees and costs, incurred in the Action, in an amount subject to proof on noticed Motion.

4. Plaintiffs shall be and are entitled to reasonable attorney fees and costs to be incurred in connection with the enforcement of this Judgment.

**DENIED**
BY ORDER OF THE COURT

Dated: _____
_____
UNITED STATES DISTRICT JUDGE

Denied without prejudice to a noticed motion.  However, before such a motion is brought, the parties would be well served by discussions to resolve what appears to be a minor and transitory problem.  JVS April 18, 2018